Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Michael L. Vander Giessen
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 04 2024

SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>RONALD LEE VAN NOTE II,<br><br>          Defendant. | INDICTMENT  4:24-CR-6023-MKD-1<br><br>Vio: 49 U.S.C. §§ 46507(2), 46506(1), 18 U.S.C. § 2242(3)<br>Threat to Commit Sexual Abuse on an Aircraft<br>(Count 1)<br><br>18 U.S.C. § 113(a)(5),<br>49 U.S.C. § 46506(1)<br>Simple Assault on an Aircraft<br>(Count 2) |

The Grand Jury charges:

COUNT 1

On or about May 18, 2024, the Defendant, RONALD LEE VAN NOTE II, being an individual on an aircraft in the special aircraft jurisdiction of the United States, to wit: Allegiant Air flight number 2267, which originated from Mesa, Arizona, and landed in Pasco, Washington, in the Eastern District of Washington, did, in flight, threaten to engage in a sexual act with C.R.G. without C.R.G.'s consent, to include doing so through coercion, and the Defendant had the apparent

INDICTMENT – 1

determination and will to carry out the threat, in violation of 49 U.S.C. §§ 46507(2) and 46506(1), and 18 U.S.C. § 2242(3).

### COUNT 2

On or about May 18, 2024, the Defendant, RONALD LEE VAN NOTE II, being an individual on an aircraft in the special aircraft jurisdiction of the United States, to wit: Allegiant Air flight number 2267, which originated from Mesa, Arizona, and landed in Pasco, Washington, in the Eastern District of Washington, did, in flight, assault C.R.G. by willfully and intentionally touching and making physical contact with C.R.G. in an offensive manner without justification or excuse, in violation of 18 U.S.C. § 113(a)(5) and 49 U.S.C. § 46506(1).

DATED this __4__ day of September, 2024.

A TRUE BILL

[signature redacted]

*/s/ Vanessa R. Waldref*
Vanessa R. Waldref
United States Attorney

*/s/ Michael L. Vander Giessen*
Michael L. Vander Giessen
Assistant United States Attorney

INDICTMENT – 2